COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| JORGE LUIS CARBAJAL, | | No. 08-20-00069-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 41st District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20200D00106) |
| | § | |

## **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until February 16, 2021.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Yvonne Rosales, the State's attorney, prepare the State's Brief and forward the same to this Court on or before February 16, 2021.

IT IS SO ORDERED this 15th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.